UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

D<span>OUGLAS</span> B<span>IESKE</span>,

    Plaintiff,                                  Hon. Jane M. Beckering

v.                                             Case No. 1:22-cv-01088-JMB-PJG

A<span>CCIDENT</span> F<span>UND</span> I<span>NSURANCE</span>
C<span>OMPANY</span>,

    Defendant.
_____/

## ORDER

This matter is before the Court on the parties' joint Stipulation to Stay.  (ECF No. 168).  The Court held a telephone conference on February 19, 2025, at which time counsel for both parties appeared.  The Court being fully advised in the premises, the Stipulation is be **GRANTED in part**.  Accordingly,

**IT IS ORDERED** that the case is **STAYED** for thirty days from the date of this order.  The Court will conduct a follow-up conference with counsel at that time and determine whether any additional stay is warranted.

**IT IS SO ORDERED**.

Date: February 20, 2025                     /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge